IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

REGAL BELOIT AMERICA, INC.

        Plaintiff,

v.                                                                             Case No.: 2:25-cv-1578

FRIDGEWIZE, INC.

        Defendant.

## DEFENDANT, FRIDGEWIZE, INC.'S NOTICE OF REMOVAL FROM MILWAUKEE COUNTY CIRCUIT COURT

        Defendant, FridgeTek, Inc. d/b/a FridgeWize, Inc. ("FridgeWize") (erroneously identified as "FridgeWize, Inc." in plaintiff's complaint) through counsel, gives notice of the removal of this action to this Court from the Circuit Court for Milwaukee County, Wisconsin. The grounds for removal are as follows:

        1.     On August 27, 2025, the Plaintiff, Regal Beloit America, Inc. ("RBA"), filed a Complaint against FridgeWize in Milwaukee County Circuit Court, Case No. 2025CV7415 (the "Lawsuit"). A copy of the Summons and Complaint is attached as **Exhibit A**.

        2.     Removal of the Lawsuit is permitted under 28 U.S.C. § 1441(b) because RBA and FridgeWize are citizens of different states and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs:

            a.     RBA is a Wisconsin corporation with its principal place of business in Milwaukee, Wisconsin. (Compl., ¶ 1). Thus, RBA is a citizen of Wisconsin.

1

b.  FridgeWize is a Delaware corporation, with its principal place of business in Kansas. Thus, FridgeWize is a citizen of Delaware and Kansas.

c.  RBA seeks damages of $905,037. (Compl., ¶ 16). Thus, the amount in controversy exceeds $75,000, exclusive of interest and costs.

3.  This is the appropriate Court for filing a Notice of Removal under 28 U.S.C. § 1446(a), because it is the district and division where the action is pending.

2.  This removal is timely under 28 U.S.C. § 1446(b), as less than thirty (30) days have elapsed since FridgeWize received notice. FridgeWize was served, via acceptance of its counsel, on September 17, 2025.

3.  In accordance with 28 U.S.C. §§ 1446(a) and 1447(b), all court filings in the Lawsuit, except the Summons and Complaint (which are attached as **Exhibit A**), have been attached as **Exhibit B**.

4.  In accord with 28 U.S.C. § 1446(d), FridgeWize is contemporaneously giving notice of this removal to the Clerk of the Circuit Court for Milwaukee County, Wisconsin, and to Regal's counsel.

WHEREFORE, FridgeWize requests this action proceed as properly removed from the Circuit Court for Milwaukee County, Wisconsin, to this Court.

2

Dated this 15th day of October, 2025.

        Respectfully submitted,

        ATTORNEYS FOR DEFENDANT, FRIDGEWIZE, INC.

        *s/ Michael D. Huitink*
        Michael D. Huitink
        Wisconsin State Bar No. 1034742
        Jon E. Frederickson
        Wisconsin State Bar No. 1027595
        Patrick M. McDonald
        Wisconsin State Bar No. 1101993

        SBR LAW GROUP LLC
        675 N. Barker Road, Suite 300
        Brookfield, WI 53045
        Phone: 262-513-3315
        Fax:    262-513-3318
        Email: mhuitink@sbrlaw.us
        Email: jfredrickson@sbrlaw.us
        Email: pmcdonald@sbrlaw.us